UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RUSSELL SPAIN,

                                Plaintiff,               **ORDER**

     -against-                                         20 Civ. 4837 (NSR)(JCM)

COMMISSIONER OF SOCIAL SECURITY,

                                Defendant.
---------------------------------------------------------------X

On May 10, 2021, the Commissioner of Social Security ("Commissioner") filed a motion for judgment on the pleadings. (Docket No. 12). On August 8, 2021, the Plaintiff filed his opposition and cross-motion for judgment on the pleadings. (Docket No. 21). Pursuant to Judge Román's Order of Service and Scheduling Order, (Docket No. 7), and in accordance with the Court's Standing Order, (Docket No. 4), the Commissioner's reply was due within 21 days of the Plaintiff's opposition and cross-motion. As of today, no reply has been filed. If the Commissioner does not submit a reply by October 1, 2021, the Court will deem this matter fully submitted.

Dated: September 24, 2021
       White Plains, New York

                                                        **SO ORDERED:**

                                                          _____
                                                           JUDITH C. McCARTHY
                                                          United States Magistrate Judge