**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RUSSELL SPAIN,

                Plaintiff,                      20 **CIVIL** 4837 (NSR)(JCM)

        -against-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                      Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 13, 2022, Judge McCarthy's R & R is ADOPTED in its entirety. The Commissioner's motion for judgment on the pleadings is DENIED, Plaintiff's cross-motion for judgment on the pleadings is GRANTED, and this case is REMANDED to the Social Security Administration for further proceeding consistent with Judge McCarthy's R & R.

**Dated:**  New York, New York
          January 13, 2022

                                                          **RUBY J. KRAJICK**

                                                           **Clerk of Court**
                                  **BY:**   *K. Mango*

                                                           **Deputy Clerk**